IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY ROBERT TAYLOR,

    Appellant,                  No. 11-MC-0088 JAM GGH PS

    vs.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

    Appellees.                ORDER

_____/

        Appellant is proceeding pro se with a bankruptcy action before the Ninth Circuit's Bankruptcy Appellate Panel ("BAP"). The BAP has referred this matter to this district court for the limited purpose of ruling on appellant's request for leave to proceed in forma pauperis. On November 14, 2011, as instructed by the BAP, appellant filed in this court a request to proceed in forma pauperis. (Dkt. No. 2.) Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915. Accordingly, the request to proceed in forma pauperis will be granted.

\\\\

\\\\

\\\\

\\\\

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (dkt. no. 2) is granted.

2. The case is referred back to the Ninth Circuit's Bankruptcy Appellate Panel for all further proceedings.

DATED: November 15, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH/wvr
Taylor.88.bankruptcy.ifp.wpd